UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN S. ROUDA,<br><br>    Plaintiff,<br><br>  v.<br><br>PFIZER INC., et al.,<br><br>    Defendants. | Case No.  14-cv-01195-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 18, 19 |

A hearing on Defendants' motion to stay and Plaintiff's motion to remand is scheduled for April 24, 2014. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motions are under submission.

**IT IS SO ORDERED.**

Dated: April 14, 2014

_____
JON S. TIGAR
United States District Judge